THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTI LOSCHEN, | ) | 4:08CV3143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TRINITY UNITED METHODIST | ) | |
| CHURCH OF LINCOLN and | ) | |
| TRINITY INFANT AND CHILD | ) | |
| CARE CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

Counsel for the parties have filed a Stipulation of Dismissal of Defendant Trinity Infant and Child Care Center (filing 8) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED:

1.  Defendant Trinity Infant and Child Care Center is dismissed from this action pursuant to the agreement of the parties (filing 8) and Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.  Defendant Trinity United Methodist Church of Lincoln is the only remaining defendant in this action;

3.  The Clerk of the United States District Court for the District of Nebraska shall terminate the parties' Stipulation of Dismissal of Defendant Trinity Infant and Child Care Center (filing 8) as a motion on the court's internal computerized record-keeping system.

July 29, 2008.

                                    BY THE COURT:
                                    s/ *Richard G. Kopf*
                                    United States District Judge