IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTI LOSCHEN, | ) | 4:08CV3143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO** |
| | ) | **SEAL DOCUMENTS** |
| TRINITY UNITED METHODIST | ) | |
| CHURCH OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the defendant's unopposed Motion for Permission to Seal Documents pursuant to NECivR 5.3(c) and the E-Government Act of 2002. (Filing 33.)

IT IS ORDERED:

1. The defendant's Motion for Permission to Seal Documents pursuant to NECivR 5.3(c) and the E-Government Act of 2002 (filing 33) is granted; and

2. The defendant's Brief in Support of Motion for Summary Judgment (filing 34) and the defendant's Evidence Index in Support of its Motion for Summary Judgment and the attached evidence (filing 35) are hereby placed under seal and access is restricted to the court and the parties to this action, including counsel of record.

DATED this 9th day of June, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge