IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KRISTI LOSCHEN,** | ) | Case No.: 4:08CV3143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO |
| | ) | RESTRICT |
| **TRINITY UNITED METHODIST** | ) | DOCUMENTS |
| **CHURCH OF LINCOLN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Defendant's Motion for Permission to Restrict Documents pursuant to NECivR 5.3(c) and the E-Government Act of 2002.

The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the Defendant's Reply Brief in Support of Motion for Summary Judgment (Filing #49) and Defendant's Supplemental Index of Evidence in Support of Its Motion for Summary Judgment and the evidence attached (Filing #50) are hereby placed under restricted access and access is restricted to the Court and the parties to this action including counsel of record.

Dated this 10th day of July, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Court Judge