THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTI LOSCHEN, | ) | 4:08CV3143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| TRINITY UNITED METHODIST CHURCH OF LINCOLN, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation for dismissal (filing 74), the court's previous order dismissing defendant Trinity Infant and Child Care Center (filing 9), and Fed. R. Civ. P. 41, this action is dismissed with prejudice, complete record waived, and each party to pay its own court costs.

DATED this 16th day of December, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge